UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.B. and E.B., on behalf of themselves and their minor child, B.B.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK; CHANCELLOR MELISSA AVILES-RAMOS, IN HER OFFICIAL CAPACITY; THE CITY OF NEW YORK,

Defendants.

25 Civ. 2760 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By letter dated November 11, 2025, Plaintiffs inquired whether they should file a copy of the underlying administrative record in connection with this action. ECF No. 20. Should Plaintiffs seek to file any motion for the Court's consideration that references parts of the administrative record, the Court will consider those portions of the administrative record which Plaintiffs attach as exhibits. The Court does not require the entirety of the administrative record at this time.

    SO ORDERED.

Dated: November 12, 2025
       New York, New York

ANALISA TORRES
United States District Judge