USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:        2/3/2026

THE LAW OFFICE OF

# ELISA HYMAN, P.C.

February 2, 2026

**BY ECF**

Honorable Analisa Torres, United States District Judge
United States District Court - Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:    *C.B. et al. v. New York City Dep't of Educ. et al.*, 25-cv-2760 (AT)

Dear Judge Torres:

I am counsel for the Plaintiffs in the above-referenced matter and write jointly with Defendants' counsel to provide an update on the status of this case pursuant to Your Honor's January 13, 2026 Order.[1] ECF No. 25. Further, we are respectfully requesting confirmation that the previously scheduled March 2, 2026 case management conference has been cancelled.

The Court entered a Case Management Plan ("CMP"), with fact discovery set to close February 5, 2026, with a pre-trial conference scheduled for March 2, 2026. ECF No. 19. On December 29, 2025, after the parties reported that they had reached a settlement in principle concerning Plaintiffs' implementation claims (leaving Plaintiffs' fees claims to be resolved), Your Honor dismissed the case. ECF No. 23. On January 12, 2026, the Plaintiffs wrote to the Court requesting that the case be reopened and returned to the active docket to allow sufficient time for the parties to reach a settlement on Plaintiffs' fees. On January 13, 2026, Your Honor granted the Plaintiffs' motion to reopen and ordered a 90-day stay on all discovery deadlines (with fact discovery now set to close May 5, 2026) pending the parties' settlement negotiations. ECF No. 25. The Order, however, did not indicate whether the March 2, 2026 post-discovery conference remained on the calendar. If it is, the parties jointly request an adjournment of such conference to a date after May 5, 2026, the date discovery is currently set to close.

As previously reported, the parties have reached a settlement in principle with respect to Plaintiffs' implementation claims but still need to address Plaintiffs' claims for attorneys' fees. Plaintiffs provided Defendants with the billing records for the underlying administrative actions as well as the instant federal case on December 29, 2025. Defendants are reviewing the Plaintiffs' billing records and considering Plaintiffs' demand for attorneys' fees in order to discuss settlement authority with the Office of the Comptroller. The parties propose submission of a status report no later than March 2, 2026.

---

[1] This action was filed by C.B. and E.B., on behalf of themselves and their thirteen-year-old son, B.B., who has Attention Deficit/Hyperactivity Disorder ("ADHD"), Developmental Coordination Disorder, and Specific Learning Disorder with impairments in reading, writing, and mathematics, pursuant to the Individuals with Disabilities Education Act ("IDEA"), Section 504 of the Rehabilitation Act of 1973 ("Section 504"), the Americans with Disabilities Act of 1990 ("ADA"), and Section 1983. Complaint, ECF No. 1.

We thank the Court for its attention to this matter and consideration of the requests herein.

Respectfully submitted,

_____/s_____
Sara E. Frankel, Of Counsel
(646) 572-9081
sfrankel@specialedlawyer.com

cc: All Counsel of Record, via ECF

GRANTED.  The case management conference scheduled for March 2, 2026, *see* ECF No. 19, is ADJOURNED *sine die*.  By **March 2, 2026**, the parties shall file a status update.

SO ORDERED.

Dated:  February 3, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge

2