THE LAW OFFICE OF

# ELISA HYMAN, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/3/2026

March 2, 2026

**BY ECF**
Honorable Analisa Torres, United States District Judge
United States District Court - Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *C.B. et al. v. New York City Dep't of Educ. et al.*, 25-cv-2760 (AT)

Dear Judge Torres:

I am counsel for the Plaintiffs in the above-referenced matter and write jointly with Defendants' counsel to provide an update on the status of this case pursuant to Your Honor's February 3, 2026 Order.[1] ECF No. 28.

As previously reported, the parties have reached an agreement in principle to resolve Plaintiffs' implementation claims. Since the parties last joint status update on February 2, 2026 (ECF No. 27), the parties have reached an agreement in principle with respect to Plaintiffs' claims for attorneys' fees. The parties now require additional time to finalize the terms of the settlement. Accordingly, the parties respectfully request that all pending deadlines be cancelled, and that they be granted 60 days to submit the finalized settlement documents to the Court.

We thank the Court for its attention to this matter and consideration of the requests herein.

Respectfully submitted,

_____/s_____

Sara E. Frankel, Of Counsel
(646) 572-9081
sfrankel@specialedlawyer.com

GRANTED. All pending deadlines are
ADJOURNED *sine die*. The parties shall submit a
finalized settlement by **May 3, 2026**.

SO ORDERED.

Dated:  March 3, 2026
          New York, New York

_____

**ANALISA TORRES**
**United States District Judge**

---

[1] This action was filed by C.B. and E.B., on behalf of themselves and their thirteen-year-old son, B.B., who has Attention Deficit/Hyperactivity Disorder ("ADHD"), Developmental Coordination Disorder, and Specific Learning Disorder with impairments in reading, writing, and mathematics, pursuant to the Individuals with Disabilities Education Act ("IDEA"), Section 504 of the Rehabilitation Act of 1973 ("Section 504"), the Americans with Disabilities Act of 1990 ("ADA"), and Section 1983. Complaint, ECF No. 1.